```
         IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF ARKANSAS
                    WESTERN DIVISION
```

UNITED STATES OF AMERICA

vs.                               NO. 4:92CR00156 SWW

JIMMY MACK SHORT

### ORDER

The above entitled cause came on for hearing on government's petition to revoke the supervised release [doc #52] previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, **revoked**.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of TWELVE (12) MONTHS + ONE DAY in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated in FCI Forrest City, Arkansas; that defendant participate in residential or non-residential substance abuse treatment; and that defendant's serious medical need, i.e. COPD from lung damage suffered while living near mold, be addressed.

There will be ONE (1) YEAR of supervised release following the term of incarceration with the following conditions:

1. Defendant shall serve the first SIX (6) MONTHS of supervised release in a residential reentry center under the guidance and direction of the U. S. Probation Office.

2. Defendant shall participate, under the guidance and supervision of the U. S. Probation Officer, in a substance abuse treatment program which may include testing, out-patient counseling, and/or residential treatment. Further, defendant shall abstain from the use of alcohol throughout the course of any treatment.

The defendant is remanded to the custody of the U.S. Marshal Service for transport to the designated facility to begin the service of the sentence imposed.

IT IS SO ORDERED this 28th day of May 2009.

/s/Susan Webber Wright

United States District Judge